# UNITED STATES DISTRICT COURT

for the

Middle District of Florida ▼

| | | |
|---|---|---|
| Absen, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 6:19-cv-00905-PGB-LRH |
| LED Capital, LLC, Marcel Dekeyzer | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*     04/06/2020

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:    06/25/2020

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*